UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL OGIDI-GHIGBAJE,

                    Plaintiff,

        -against-

RISEBORO HOUSING, ET AL.,

                    Defendants.

25-cv-5801 (LLS)

CIVIL JUDGMENT

      For the reasons stated in the September 22, 2025, order, Plaintiff's amended complaint, filed in forma pauperis under 28 U.S.C. § 1915(a)(1), is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), and the Court declines supplemental jurisdiction of the state law claims, 28 U.S.C. § 1367(c)(3).

SO ORDERED.

Dated:  September 23, 2025
          New York, New York

                                            /s/ Louis L. Stanton
                                              LOUIS L. STANTON
                                         United States District Judge